No. 81–1406.   GREENE v. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT.   Ct. App. N. Y.   Certiorari denied.   JUSTICE BRENNAN, JUSTICE WHITE, JUSTICE BLACKMUN, and JUSTICE POWELL would grant certiorari, vacate the judgment, and remand the case for further consideration in light of *In re R. M. J., ante*, p. 191.

No. 81–1421.   SEDELBAUER v. INDIANA.   Sup. Ct. Ind. Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for certiorari and reverse the conviction.